**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHRYN RUCKER KREPP, | |
| Plaintiff, | Case No. 25-cv-2371 (JMC) |
| v. | |
| HUNG CAO, *Acting Secretary of the Navy*, | |
| Defendant. | |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Stay and Preliminary Injunction, ECF 22, is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Extend Time to Respond, ECF 23, is **DENIED** as moot.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 31, 2026

1